**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

JORGE MICHEL PIEDRA ESTEVEZ,

        Petitioner,

v.                                              Case No. 3:14-cv-125-J-32JBT

ERIC HOLDER; etc.; et al.,

        Respondents.

**ORDER OF TRANSFER**

Petitioner, an inmate in the custody of the United States Immigration and Customs Enforcement who is challenging his detention pending removal, initiated this action by filing a pro se Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. Section 2241 (Doc. #1) (hereinafter Petition) on January 30, 2014. When he initiated this action, he was detained at the Baker County Jail. On February 7, 2014, Petitioner notified the Court that he is now being held at the Wakulla County Detention Center in Crawfordville, Florida. See Doc. #4.

This Court has not taken any action in this case because the Court was waiting for Petitioner to either pay the $5.00 filing fee or file a request to proceed in forma pauperis within thirty days of the commencement of the action pursuant to Rule 1.03(e) of the Local Rules of the United States District Court for the Middle District of Florida. Thus, because this case is in its initial stage, the Court is of the opinion that the most appropriate venue for this action is the district in which Petitioner is now detained. See Rumsfeld v. Padilla, 542 U.S.

426, 435 (2004) (stating that "the proper respondent is the warden of the facility where the prisoner is being held, not the Attorney General or some other remote supervisory official"); Fernandez v. United States, 941 F.2d 1488, 1495 (11th Cir. 1991) ("Section 2241 petitions may be brought only in the district court for the district in which the inmate is incarcerated."). The Wakulla County Detention Center is located within the Tallahassee Division of Northern District of Florida.   Therefore, pursuant to Local Rule 1.02(c) and 28 U.S.C. § 2241(a), this case is transferred to the Tallahassee Division of the United States District Court for the Northern District of Florida for all further proceedings, and the Clerk shall immediately forward the file to that court.

**DONE AND ORDERED** at Jacksonville, Florida this 18th day of February, 2014.

_____
TIMOTHY J. CORRIGAN
United States District Judge

ps 2/11
c:
Jorge Michel Piedra Estevez